UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Case No. 2:15-cv-01100-JRG-RSP

MORPHO KOMODO, LLC,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.

_____/

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that Isaac S. Lew of the law firm Egozi & Bennett, P.A. has been engaged to represent the Defendant, BLU PRODUCTS, INC. ("BLU Products"), in the above-styled cause and requests that copies of all further notices and filings herein be served upon the undersigned at the address set forth below.

                                              Respectfully submitted,

                                              s/ Isaac S. Lew
                                              Bernard L. Egozi (Florida Bar No. 152544)
                                              begozi@egozilaw.com
                                              Isaac S. Lew (Florida Bar No. 92833)
                                              ilew@egozilaw.com
                                              EGOZI & BENNETT, P.A.
                                              2999 NE 191 Street, Suite 407
                                              Aventura, Florida 33180
                                              Telephone: (305) 931-3000
                                              Facsimile: (305) 931-9343
                                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail through the CM/ECF system on this 17th day of August, 2015, on all counsel of record on the service list below.

s/ Isaac S. Lew
Isaac S. Lew

**Service List**

**William Ellsworth Davis, III, Esq.**
bdavis@bdavisfirm.com
THE DAVIS FIRM, PC - LONGVIEW
213 North Fredonia St., Suite 230
Longview, TX 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

**Eugenio Javier Torres-Oyola, Esq.**
etorres@ferraiuoli.com
FERRAIUOLI LLC
221 Plaza
5th Floor
Ponce de Leon Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*Counsel for Plaintiff*