IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORPHO KOMODO LLC, | § § § | Lead Case: <br> Civil Action No. 2:15-cv-1100-JRG-RSP |
| *Plaintiff*, | § § | **JURY TRIAL DEMANDED** |
| vs. | § § | |
| BLU PRODUCTS INC., | | |
| *Defendants* | | |
| MORPHO KOMODO LLC, | § | Civil Action No. 2:15-cv-1105-JRG-RSP |
| *Plaintiff*, | § § § | **JURY TRIAL DEMANDED** |
| vs. | § § § | |
| INFOSONICS CORPORATION; <br> VERYKOOL USA, INC., | § § | |
| *Defendants.* | | |

## NOTICE OF APPEARANCE

Please take notice that John D. Esterhay of the law firm Perkins Coie LLP enters his appearance as counsel of record for Defendants InfoSonics Corporation and VeryKool USA, Inc., and requests that any correspondence, motions, notices and pleadings in this action directed to InfoSonics Corporation and VeryKool USA, Inc. also be served upon John D. Esterhay at the following address:

John D. Esterhay
Perkins Coie LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: 858-720-5758
Facsimile: 858-720-5858
Email: jesterhay@perkinscoie.com

Please add Mr. Esterhay to all service lists in this matter, including e-filing service list.

Dated:  August 31, 2015   Respectfully submitted,

/s/ *John D. Esterhay*
N. Thane Bauz (*Pro Hac Vice*)
Email: tbauz@perkinscoie.com
John D. Esterhay (*Pro Hac Vice*)
Email:  jesterhay@perkinscoie.com
Perkins Coie LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
Telephone: 858-720-5700
Facsimile: 858-720-5799


ATTORNEYS FOR DEFENDANTS
InfoSonics Corporation
VeryKool USA, Inc.

## CERTIFICATE OF SERVICE

      The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 31st day of August, 2015.   Any other counsel of record will be served by first class mail.

                                            */s/ John D. Esterhay*
                                            John D. Esterhay