# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MORPHO KOMODO LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>BLU PRODUCTS INC.<br>AZPEN INNOVATION, INC.<br>DELL INC.<br>PROCOM ELECTRONICS CO LTD D/B/A DIGITAL2 PRODUCTS<br>HEWLETT-PACKARD COMPANY<br>FUHU, INC. D/B/A NABI<br>INFOSONICS CORPORATION D/B/A VERYKOOL<br>TCT MOBILE, INC. ET AL<br>CASIO AMERICA, INC.<br>PCS WIRELESS, INC. ET AL<br>SHARP ELECTRONICS CORPORATION<br><br>        Defendants. | Civil Action No. 2:15-cv-01100-JRG-RSP<br><br>Consolidated With:<br>2:15-CV-01096-JRG-RSP<br>2:15-CV-01101-JRG-RSP<br><br>2:15-CV-01102-JRG-RSP<br>2:15-CV-01103-JRG-RSP<br>2:15-CV-01104-JRG-RSP<br><br>2:15-CV-01105-JRG-RSP<br>2:15-CV-01109-JRG-RSP<br>2:15-CV-01110-JRG-RSP<br>2:15-CV-01112-JRG-RSP<br>2:15-CV-01113-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Hewlett-Packard Company ("HP") files this Notice of Appearance and hereby notifies the Court that Paul Alexander enters his appearance as lead counsel in this matter for HP for the purpose of receiving notices and orders from the Court.  Please add Mr. Alexander to all service lists in these consolidated matters, including e-filing service lists, as follows:

>   Paul Alexander
>   Arnold & Porter LLP
>   1801 Page Mill Road, Suite 110
>   Palo Alto, CA 94304
>   Telephone:  (650) 798-2920
>   E-Mail:  Paul.Alexander@aporter.com

- 2 -

Dated:  August 31, 2015

Respectfully submitted,

ARNOLD & PORTER LLP


By:   /s/  Paul Alexander
Paul Alexander (admitted *Pro Hac Vice*)
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:  (650) 798-2920
E-Mail:  Paul.Alexander@aporter.com

Denise McKenzie (admitted *Pro Hac Vice*)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 243-4118
E-Mail:  Denise.McKenzie@aporter.com

Melissa R. Smith
State Bar No. 24001351
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Fax:  (903) 934-9257
E-Mail:  melissa@gillamsmithlaw.com

Attorneys for Defendant
Hewlett-Packard Company

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 31, 2015.

      /s/  Paul Alexander
      Paul Alexander

35325729v1