IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MORPHO KOMODO LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **BLU PRODUCTS INC.** | § | |
| **AZPEN INNOVATION, INC.** | § | CIVIL ACTION NO. 2:15-cv-1100 |
| **DELL INC.** | § | (Consolidated Case) |
| **PROCOM ELECTRONICS CO LTD** | § | |
| **D/B/A DIGITAL2 PRODUCTS** | § | JURY TRIAL DEMANDED |
| **HEWLETT-PACKARD COMPANY** | § | |
| **FUHU, INC. D/B/A NABI** | § | |
| **INFOSONICS CORPORATION D/B/A** | § | |
| **VERYKOOL** | § | |
| **TCT MOBILE, INC. ET AL** | § | |
| **CASIO AMERICA, INC.** | § | |
| **PCS WIRELESS, INC. ET AL** | § | |
| **SHARP ELECTRONICS** | § | |
| **CORPORATION,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE FOR DEFENDANTS PCS WIRELESS, INC. AND PCS WIRELESS, LLC.

Notice is hereby given that the undersigned attorney, John M. Jackson, of Jackson Walker L.L.P., is entering an appearance in this matter for Defendants PCS Wireless, Inc. and PCS Wireless, LLC, for the purpose of receiving notices and orders from the Court.

        Respectfully submitted,

        /s/ John M. Jackson
        Robert P. Latham
        Texas State Bar No. 11975500
        blatham@jw.com
        John M. Jackson
        Texas State Bar No. 24002340
        jjackson@jw.com
        **JACKSON WALKER L.L.P.**
        901 Main Street, Suite 6000
        Dallas, Texas  75202
        (214) 953-6000
        (214) 953-5822 – Fax

        **ATTORNEYS FOR DEFENDANTS**
        **PCS WIRELESS, INC. AND**
        **PCS WIRELESS, LLC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 1st day of September 2015.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

        /s/ John M. Jackson
        John M. Jackson