IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MORPHO KOMODO LLC,** § § | | |
| **Plaintiff,** § § | | |
| v. § § | | |
| **BLU PRODUCTS, INC.** § § | 2:15-cv-01100-JRG-RSP (LEAD CASE) | |
| **ASPEN INNOVATION, INC.** § | 2:15-cv-01096-JRG-RSP | |
| **DELL INC.** § | 2:15-cv-01101-JRG-RSP | |
| **PROCOM ELECTRONICS CO LTD D/B/A DIGITAL2 PRODUCTS** § § | 2:15-cv-01102-JRG-RSP | |
| **HEWLETT-PACKARD COMPANY** § | 2:15-cv-01103-JRG-RSP | |
| **FUHU, INC. D/B/A NABI** § | 2:15-cv-01104-JRG-RSP | |
| **INFOSONICS CORPORATION D/B/A VERYKOOL** § § | 2:15-cv-01105-JRG-RSP | |
| **TCT MOBILE, INC. ET AL** § | 2:15-cv-01109-JRG-RSP | |
| **CASIO AMERICA, INC.** § | 2:15-cv-01110-JRG-RSP | |
| **PCS WIRELESS, INC. ET AL** § | 2:15-cv-01112-JRG-RSP | |
| **SHARP ELECTRONICS CORPORATION** § § | 2:15-cv-01113-JRG-RSP | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Michael J. Newton, enters his appearance in the above-referenced proceeding for Defendant Dell Inc. ("Dell"). Dell respectfully requests that the Court take note of this Notice of Appearance and make Michael J. Newton one of the attorneys of record for Dell in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Michael J. Newton at the address set forth below:

Michael J. Newton<br>
State Bar No. 24003844<br>
ALSTON & BIRD LLP<br>
2828 N. Harwood Street, Suite 1800<br>
Dallas, TX 75201<br>
(Tel) 214-922-3400<br>
(Fax) 217-922-3899<br>
mike.newton@alston.com

Dated: September 3, 2015                    Respectfully Submitted,

By: */s/ Michael J. Newton*
Michael J. Newton (State Bar No. 24003844)
Brady Cox (State Bar No. 24074084)
ALSTON & BIRD, LLP
2828 North Harwood Street, 18th Floor
Dallas, Texas  75201-2139
(214) 922-3400
(214) 922-3899 Fax
mike.newton@alston.com
brady.cox@alston.com

Deron R. Dacus
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
(903) 705-1117
(903) 581-2543 Fax
ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT DELL INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 3, 2015, I caused the forgoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                   */s/ Michael J. Newton*
                                                   Michael J. Newton