IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORPHO KOMODO, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:15-cv-01100-JRG-RSP |
| | § | |
| | § | |
| BLU PRODUCTS INC. | § | Consolidated With: |
| AZPEN INNOVATION, INC. | § | 2:15-CV-01096-JRG-RSP |
| DELL INC. | § | 2:15-CV-01101-JRG-RSP |
| PROCOM ELECTRONICS CO LTD D/B/A | § | |
| DIGITAL2 PRODUCTS | | 2:15-CV-01102-JRG-RSP |
| HEWLETT-PACKARD COMPANY | | 2:15-CV-01103-JRG-RSP |
| FUHU, INC. D/B/A NABI | | 2:15-CV-01104-JRG-RSP |
| INFOSONICS CORPORATION D/B/A | | |
| VERYKOOL | | 2:15-CV-01105-JRG-RSP |
| TCT MOBILE, INC. ET AL | | 2:15-CV-01109-JRG-RSP |
| CASIO AMERICA, INC. | | 2:15-CV-01110-JRG-RSP |
| PCS WIRELESS, INC. ET AL | | 2:15-CV-01112-JRG-RSP |
| SHARP ELECTRONICS CORPORATION | | 2:15-CV-01113-JRG-RSP |
| Defendants. | | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Sharp Electronics Corporation ("Sharp") files this Notice of Appearance and hereby notifies the Court that Andrew V. Devkar enters his appearance as counsel in this matter for Sharp for the purpose of receiving notices and orders from the Court.  Please add Mr. Devkar to all service lists in these consolidated matters, including e-filing service lists, as follows:

Andrew V. Devkar
MORGAN LEWIS BOCKIUS LLP
The Water Garden, Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, California 90404-4082
Email: andrew.devkar@morganlewis.com
Telephone: 310.907.1000; Facsimile: 310.907.2000

Dated: September 3, 2015

By:    */s/ Andrew V. Devkar*

Andrew V. Devkar
andrew.devkar@morganlewis.com
**MORGAN LEWIS BOCKIUS LLP**
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, California  90404-4082
Telephone:   310.907.1000
Facsimile:    310.907.2000

*Attorney for Defendant Sharp Electronics Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 3rd day of September, 2015.

By: */s/ Andrew V. Devkar*
Andrew V. Devkar
