**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MORPHO KOMODO, LLC | CIVIL ACTION NO. 2:15-cv-01100-JRG-RSP |
| Plaintiff, | |
| VS. | |
| BLU PRODUCTS INC. | Consolidated With: |
| ASPEN INNOVATION, INC. | 2:15-cv-01096-JRG-RSP |
| DELL INC. | 2:15-cv-01101-JRG-RSP |
| PROCOM ELECTRONICS CO LTD | |
| D/B/A DIGITAL2 PRODUCTS | 2:15-cv-01102-JRG-RSP |
| HEWLETT-PACKARD COMPANY | 2:15-cv-01103-JRG-RSP |
| FUHU, INC. D/B/A NABI | 2:15-cv-01104-JRG-RSP |
| VERYKOOL | 2:15-cv-01105-JRG-RSP |
| TCT MOBILE, INC. ET AL | 2:15-cv-01109-JRG-RSP |
| CASIO AMERICA, INC. | 2:15-cv-01110-JRG-RSP |
| PCS WIRELESS, INC. ET AL | 2:15-cv-01112-JRG-RSP |
| SHARP ELECTRONICS | 2:15-cv-01113-JRG-RSP |
| CORPORATION | |
| Defendants. | |

**DEFENDANT SHARP ELECTRONICS CORPORATION'S
NOTICE OF APPEARANCE BY ADAM A. ALLGOOD**

Defendant Sharp Electronics Corporation ("Sharp") files this Notice of Attorney Appearance and hereby notifies the Court and all parties of record that Adam A. Allgood is appearing as counsel for Sharp in the above-referenced matter.

Dated: September 28, 2015

Respectfully Submitted,

/s/ Adam A. Allgood
**Adam A. Allgood**
Texas Bar No. 24059403
aallgood@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Fax

*ATTORNEY FOR DEFENDANT*
*Sharp Electronics Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 28, 2015.

/s/ Adam A. Allgood
Adam A. Allgood