IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MORPHO KOMODO LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BLU PRODUCTS INC.,<br><br>　　　　　Defendant. | **LEAD CASE NO. 2:15-cv-01100-JRG-RSP** |
| MORPHO KOMODO LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>FUHU, INC. d/b/a NABI,<br><br>　　　　　Defendant. | Case No. 2:15-cv-01104-JRG-RSP |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT FUHU, INC. d/b/a NABI**

TO THE HONORABLE JUDGE OF SAID COURT:

Charles Everingham IV, of the law firm of Akin Gump Strauss Hauer & Feld LLP, 911 West Loop 281, Suite 412, Longview, TX 75604, hereby enters an appearance as counsel of record for Defendant FUHU Inc. d/b/a NABI, and consents to electronic service of all papers in this action.

Dated:  September 29, 2015　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/Charles Everingham IV*
　　　　　　　　　　　　　　　　　　　Charles Everingham IV
　　　　　　　　　　　　　　　　　　　State Bar No. 00787447
　　　　　　　　　　　　　　　　　　　**AKIN GUMP STRAUSS HAUER & FELD LLP**
　　　　　　　　　　　　　　　　　　　911 West Loop 281, Suite 412
　　　　　　　　　　　　　　　　　　　Longview, TX 75604
　　　　　　　　　　　　　　　　　　　Telephone: (903) 297-7404
　　　　　　　　　　　　　　　　　　　Facsimile: (903) 297-7402
　　　　　　　　　　　　　　　　　　　Email: ceveringham@akingump.com
　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT FUHU, INC.**
　　　　　　　　　　　　　　　　　　　**d/b/a NABI**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of September, 2015, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                                      */s/Charles Everingham IV*
                                      Charles Everingham IV