IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORPHO KOMODO LLC, <br><br> PLAINTIFF, <br><br> V. <br><br><br> BLU PRODUCTS INC, <br><br> DEFENDANT. | § § § § § § § § § § § § § § § | CASE NO.:  2:15-CV-01100-JRG-RSP <br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| MORPHO KOMODO LLC, <br><br> PLAINTIFF, <br><br> V. <br><br><br> TCT MOBILE, INC. ET AL., <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § | CASE NO.: 2:15-CV-01109-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants TCT Mobile, Inc. and TCT Mobile (US) Inc. file this Notice of Appearance, and hereby notify the Court that Brian Craft, of the law firm Findlay Craft, P.C., 102 N. College Ave., Suite 900, Tyler, TX 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for TCT Mobile, Inc. and TCT Mobile (US) Inc. In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

|  |  |
|---|---|
| Dated: September 30, 2015 | Respectfully submitted, |
|  | By: /s/ *Brian Craft* |
|  | Brian Craft |
|  | State Bar No. 04972020 |
|  | Findlay Craft, P.C. |
|  | 102 North College Ave. |
|  | Suite 900 |
|  | Tyler, TX  75702 |
|  | (903) 534-1100 |
|  | (903) 534-1137 FAX |
|  | bcraft@findlaycraft.com |

### CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015 I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Brian Craft*
Brian Craft