# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MORPHO KOMODO LLC, | § § | |
| *Plaintiff,* | § § | C.A. NO. 2:15-cv-01100-JRG-RSP |
| v. | § § | (Consolidated) |
| | § § | LEAD CASE |
| BLU PRODUCTS INC., | § § | |
| | § § | JURY TRIAL DEMANDED |
| *Defendant.* | § | |
| MORPHO KOMODO LLC, | § § | |
| *Plaintiff,* | § § § | |
| v. | § § | C.A. NO. 2:15-cv-01102-JRG-RSP (Consolidated) |
| PROCOM ELECTRONICS CO LTD d/b/a DIGITAL2 PRODUCTS, | § § § § | JURY TRIAL DEMANDED |
| *Defendant.* | § | |

## DEFENDANT PROCOM ELECTRONICS CO LTD d/b/a DIGITAL2 PRODUCTS' NOTICE OF JOINDER IN INVALIDITY CONTENTIONS

Please take notice that Defendant Procom Electronics Co Ltd d/b/a Digital2 Products joins in the Invalidity Contentions served by the other consolidated Defendants in this case on December 11, 2015.

Dated: December 14, 2015								Respectfully submitted,

                                          **BUETHER JOE & CARPENTER, LLC**

                                      By:	*/s/ Christopher M. Joe*
                                              Christopher M. Joe
                                              State Bar No. 00787770
                                              Chris.Joe@BJCIPLaw.com
                                              Timothy J.H. Craddock
                                              State Bar No. 24082868
                                              Tim.Craddock@BJCIPLaw.com

                                              1700 Pacific Avenue
                                              Suite 4750
                                              Dallas, Texas 75201
                                              Telephone:	(214) 466-1272
                                              Facsimile:	(214) 635-1828

                                          **DEFENDANT PROCOM ELECTRONICS CO LTD d/b/a DIGITAL2 PRODUCTS**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 14th day of December, 2015.  Any other counsel of record will be served by facsimile transmission and first class mail.

                */s/ Christopher M. Joe*
                Christopher M. Joe