# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MORPHO KOMODO LLC,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:15-cv-01112-JRG-RSP |
| | § | |
| v. | § | Consolidated into |
| | § | |
| **PCS WIRELESS, INC., and** | § | 2:15-cv-01100-JRG-RSP (LEAD CASE) |
| **PCS WIRELESS, LLC,** | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Blake T. Dietrich, of Jackson Walker L.L.P., is entering an appearance in this matter for Defendant PCS Wireless, LLC[1] ("PCS") for the purpose of receiving notices from the Court.

Respectfully submitted,

By: */s/ Blake Dietrich*
Robert P. Latham
Texas State Bar No. 11975500
blatham@jw.com
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Blake T. Dietrich
Texas State Bar No.  24087420
bdietrich@jw.com

**JACKSON WALKER L.L.P.**
2323 Ross Ave., Suite 600
Dallas, Texas  75201
(214) 953-6000
(214) 953-5822 – Fax

**ATTORNEYS FOR DEFENDANT**
**PCS WIRELESS, LLC. SALES, INC.**

---

[1] Defendant PCS Wireless, Inc. is an incorrectly named entity not affiliated with Defendant PCS Wireless, LLC.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, February 15, 2016.

                                                               /s/ Blake T. Dietrich
                                                               Blake T. Dietrich