# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MORPHO KOMODO LLC,** § | C.A. No.: 2:15-CV-01100-JRG-RSP |
| § | **(LEAD CASE)** |
| **Plaintiff** § | |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **BLU PRODUCTS INC.,** § | |
| § | |
| **Defendants.** § | |
| § | |
| § | |
| **MORPHO KOMODO LLC,** § | C.A. No.: 2:15-CV-01109-JRG-RSP |
| § | **(MEMBER CASE)** |
| **Plaintiff** § | |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **TCT MOBILE, INC. ET AL.,** § | |
| § | |
| **Defendants.** § | |
| § | |
| § | |

## JOINT MOTION TO STAY ALL DEADLINES
## BETWEEN PLAINTIFF MORPHO KOMODO LLC AND DEFENDANTS
## TCT MOBILE, INC. AND TCT MOBILE (US) INC.

Plaintiff, Morpho Komodo LLC ("Morpho Komodo") and Defendants TCT Mobile, Inc. and TCT Mobile (US) Inc. (collectively "TCT Mobile") file this Joint Motion to Stay All Deadlines and Notice of Settlement as between Morpho Komodo and TCT Mobile and respectfully moves this Court to stay all unreached deadlines in the Docket Control Order for 30 days as between Morpho Komodo and TCT Mobile.

All matters in controversy between Morpho Komodo and TCT Mobile have been settled, in principle, and the parties respectfully request that the Court stay all unreached deadlines in the

Docket Control Order for 30 days so that appropriate dismissal papers may be submitted.

Morpho Komodo and TCT Mobile agree to this joint motion.

Dated: February 19, 2016                                  Respectfully submitted,


                                                           Respectfully submitted,

                                                           By: /s/ *Brian Craft*
                                                           Eric H. Findlay (TX Bar No. 00789886)
                                                           Brian Craft (TX Bar No. 04972020)
                                                           **FINDLAY CRAFT P.C.**
                                                           102 North College Avenue, Suite 900
                                                           Tyler, TX 75702
                                                           Telephone: (903) 534-1100
                                                           Facsimile: (903) 534-1137
                                                           Email: efindlay@findlaycraft.com
                                                           Email: bcraft@findlaycraft.com

                                                           Michael C. Ting (CA Bar No. 247610)
                                                           Ken K. Fung (CA Bar No. 283854)
                                                           **TECHKNOWLEDGE LAW GROUP LLP**
                                                           100 Marine Parkway, Suite 200
                                                           Redwood Shores, CA 94065
                                                           Telephone: (650) 517-5200
                                                           Facsimile: (650) 226-3133
                                                           Email: mting@tklg-llp.com
                                                           Email: kfung@tklg-llp.com

                                                           **ATTORNEYS FOR DEFENDANTS
                                                           TCT MOBILE, INC. AND
                                                           TCT MOBILE (US) INC.**


                                                           By: /s/ *Eugenio J. Torres-Oyola*
                                                           William E. Davis, III
                                                           Texas State Bar No. 24047416
                                                           **The Davis Firm, PC**
                                                           213 N. Fredonia Street, Suite 230
                                                           Longview, Texas 75601
                                                           Telephone: (903) 230-9090
                                                           Facsimile: (903) 230-9661
                                                           Email: bdavis@badavisfirm.com

*Of Counsel*

Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF
MORPHO KOMODO, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I electronically filed the foregoing **JOINT MOTION TO STAY ALL DEADLINES BETWEEN PLAINTIFF MORPHO KOMODO LLC AND DEFENDANTS TCT MOBILE, INC. AND TCT MOBILE (US) INC.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Brian Craft*
Brian Craft