# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MORPHO KOMODO LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BLU PRODUCTS INC.,**<br><br>Defendant. | 2:15-cv-01100-JRG-RSP (LEAD CASE) |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff Morpho Komodo, LLC, ("MK" or "Plaintiff") and defendants BLU Products Inc., PCS Wireless, LLC,[1] Dell Inc., Sharp Electronics Corporation, and InfoSonics Corporation d/b/a VeryKool (collectively "Defendants"), hereby submit their Joint Claim Construction and Prehearing Statement pursuant to Local Patent Rule 4-3 and the Court's Docket Control Order.

### A. Agreed Constructions

The parties agree to the construction of the following terms from U.S. Patent No. 725,725 (the "725 Patent"), U.S. Patent No. 7,350,078 (the "078 Patent"), and U.S. Patent No. 8,429,415 (the "415 Patent") (collectively, the "Asserted Patents").

| | **Claim Terms** | **Agreed Constructions** | **Claim No.** |
|---|---|---|---|
| 1. | **predetermined degree of inexactness** | "a preset allowable measure of deviation from the recorded signal passively terminating" | 725 Patent: 4, 14<br><br>078 Patent: 5 |
| 2. | **designated tolerance of inexactness** | "a preset allowable measure of deviation from the recorded signal passively terminating" | 078 Patent:13<br><br>415 Patent: 5 |

---

[1] Defendant PCS Wireless, Inc. is an incorrectly named entity not affiliated with Defendant PCS Wireless, LLC.

| | | | |
|---|---|---|---|
| 3. | **passively terminating** | "stopping without overt user action when a predetermined condition is met" | 725 Patent: 12<br><br>078 Patent: 4 |
| 4. | **Signal type** | "category of measurable variable input associated with a signal from at least one user-selectable input device" | 725 Patent: 1, 10, 15, 17<br><br>078 Patent: 1, 3, 9, 15<br><br>415 Patent: 1, 12, 13 |

B. Disputed Claim Terms

The parties dispute the construction of the below terms from the Asserted Patents.

| | **Claim Terms** | **Claim No.** |
|---|---|---|
| 1. | computer | 725 Patent: 1, 10, 15,<br><br>078 Patent: 1, 9<br><br>415 Patent: 2 |
| 2. | input device | 078 Patent: 13<br><br>415 Patent: 5 |
| 3. | **user-selected device /<br>user-selected input device** | 725 Patent: 1, 2, 10, 15, 19<br><br>078 Patent: 1, 2, 9, 10, 20, 22 |
| 4. | measurable variable input | 725 Patent: 1, 10, 15<br><br>078 Patent: 1, 9<br><br>415 Patent: 13 |
| 5. | signal | 725 Patent: 1, 2, 10, 15, 17<br><br>078 Patent: 1, 2, 4<br><br>415 Patent: 1 |

| 6. | signature | 725 Patent: 1, 4, 10, 14, 15, 17 |
| --- | --- | --- |
|    |           | 078 Patent: 1, 4, 5, 8, 9, 13, 14 |
|    |           | 415 Patent: 1, 5, 11, 12 |
| 7. | wherein creating said signature using recorded signals from a plurality of signal types | 725 Patent: 17 |
| 8. | wherein passively terminating said recording | 725 Patent: 12 |
| 9. | wherein recording a plurality of signal types for at least one user-selected device | 725 Patent: 15 |
| 10 | wherein said recording comprises a plurality of user-selected devices | 078 Patent: 10 |

As shown in the above list, there are eleven (11) terms for which the parties submit competing constructions. In the claim chart attached as Exhibit A, Plaintiff and Defendants propose claim constructions for the disputed claim terms/phrases from the Asserted Patents and identify intrinsic evidence upon which they may rely to support their proposed constructions.

Each party expressly reserves the right (subject to the other parties' objections, if any) to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by the other party, in response to information received through claim construction discovery, including inventor depositions and expert depositions concerning claim construction declarations, or for other good cause.

### C. Anticipated Length Of Time Necessary For The Claim Construction Hearing

The Court set the claim construction hearing to begin at 9:00 p.m. on May 10, 2016. *See* Dkt. No. 95-1. The parties anticipate that the Claim Construction Hearing will require a total of no more than three (3) hours. The parties request that the time permitted by the Court should be divided equally between the parties, with half of the time allotted for Plaintiff's arguments, and half of the time allotted for Defendants' arguments.

D. **Witnesses**

The parties reserve the right to call witnesses for the Claim Construction Hearing.

E. **Other Issues**

The parties do not believe there are any other issues that need to be addressed at the pre-hearing conference prior to the Claim Construction Hearing.

Dated: March 4th, 2016

By: */s/ Adam A. Allgood*
Adam A. Allgood
aallgood@morganlewis.com
MORGAN LEWIS&BOCKIUS LLP
1000 Louisiana St., Suite 4000
Houston, Texas 77002-5006
Telephone: 713.890.5723
Facsimile: 713.890.5001

Richard de Bodo
rich.debodo@morganlewis.com
MORGAN LEWIS&BOCKIUS LLP
The Water Garden, Ste. 2050
North
1601 Cloverfield Blvd.
Santa Monica, CA 90404
Telephone: 310.255.9055
Facsimile: 310.907.2000

Andrew V. Devkar
andrew.devkar@morganlewis.com
MORGAN LEWIS&BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, California 90404-4082
Telephone: 310.907.1000
Facsimile: 310.907.2000

Chris Mizumoto
chris.mizumoto@morganlewis.com
MORGAN LEWIS&BOCKIUS LLP
Roppongi Hills Mori Tower 24F

By:
*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

*Of Counsel*

William E. Davis, III
Texas State Bar No. 24047416
Davis Firm PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF
MORPHO KOMODO, LLC**

By: */s/ Robert P. Latham*
Robert P. Latham
Texas State Bar No. 11975500
blatham@jw.com
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
JACKSON WALKER L.L.P.

6-10-1, Roppongi, Minato-ku
Tokyo 106-6124
Japan
Telephone: +81.3.4578.2505
Facsimile: +81.3.4578.2501

**ATTORNEYS FOR DEFENDANT
SHARP ELECTRONICS
CORPORATION**

By: */s/ Isaac S. Lew*
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Isaac S. Lew (Florida Bar No. 92833)
ilew@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343

**COUNSEL FOR DEFENDANT BLU
PRODUCTS, INC.**

By: /s/ *Brady Cox*
Michael J. Newton
(Texas Bar No. 24003844)
Brady Cox
(Texas Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com

Deron R Dacus (Texas Bar No. 00790553)
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
(903) 705-1117
(903) 581-2543 Fax
ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT**

2323 Ross Ave., Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 – Fax

**ATTORNEYS FOR DEFENDANT
PCS WIRELESS, LLC**

By: */s/ N. Thane Bauz*
N. Thane Bauz, CA Bar No. 188439
Email: TBauz@perkinscoie.com
John D. Esterhay, CA Bar No. 282330
Email: JEsterhay@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: (858) 720-5700
Fax: (858) 720-5799

J. Thad Heartfield
Texas State Bar No. 09346800
Email: thad@heartfieldlawfirm.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone (409) 866-3318
Fax: (409) 866-5789

**ATTORNEYS FOR DEFENDANT
INFOSONICS CORPORATION AND
VERYKOOL USA, INC.**

**DELL INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion expresses the parties' position.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
