**Exhibit A - Proposed Claim Constructions & Supporting Evidence**

|   | **Term to be Construed** | **Defendants' Proposed Construction** | **Defendants' Supporting Evidence** | **Morpho Komodo's Proposed Construction** | **Morpho Komodo's Supporting Evidence** |
|---|---|---|---|---|---|
| 1. | **computer** | "a laptop or desktop computer" | '078 patent at 2:31-48; FIGS. 1, 6[1] (and corresponding portions of '725 and '415 Patents).<br><br>'415 patent at claims 1-4.<br><br>File History: MK-BLU_0000000711-720. | "a device having a processor, a memory, one or more devices with retention medium(s), and having the capacity to receive input from one or more input devices" | **Intrinsic Evidence**: 078 Patent, 2:31-48 (and corresponding portions of '725 and '415 Patents). |
| 2. | **input device** | "a device by which a user enters explicit input into a computer" | 078 Patent at Abstract; 1:21-40; 2:30-44; 3:16-28; FIG. 1 (and corresponding portions of '725 and '415 Patents).<br><br>File History: MK-BLU_0000000194-207; 396 – 398; 442; 453-467; 509-517. | "a device by which a user enters input into a computer system" | **Intrinsic Evidence**: 078 Patent, 2:30-48; 3:15-25 (and corresponding portions of '725 and '415 Patents). |
| 3. | **user-selected device / user-selected input device** | "an input device selected by the user" [in view of the construction of "input device"] | 078 Patent at Abstract; 1:21-40; 2:30-44; 3:16-28; FIG. 1 (and corresponding portions of '725 and '415 Patents).<br><br>File History: MK-BLU_0000000194-207; | "device selected by the user and by which the user enters input into a computer system" | **Intrinsic Evidence**: 078 Patent, 2:30-48; 3:15-28 (and corresponding portions of '725 and '415 Patents). |

---

[1] Any citation to a figure inherently includes descriptive text in the specification regarding that figure.

| | | | | | |
|---|---|---|---|---|---|
| | | | 396 – 398; 442; 453-467; 509-517. | | |
| 4. | **measurable variable input** | "an input quantity that can gradually vary and that must be measured, as opposed to an input that is discretely identifiable" | '078 Patent at 1:21-29; 5:4- 19; FIGS. 9-10 (and corresponding portions of '725 and '415 Patents). | "an input quantity that can vary and that must be measured, as opposed to an input that is distinctly identifiable" | **Intrinsic Evidence**: : 078 Patent, 1:21-28; 3:5-6; 3:16-37; 4:19-20 (and corresponding portions of '725 and '415 Patents).. |
| 5. | **signal** | "a set of related software-recognizable data from a single transmission from an input device" | '078 Patent at 1:46-47; 2:10-11; 2:57-64; 3:29-47; 3:51-56; 4:4-14; 4:34-43; 5:57-5:3; 5:4-19; 5:28-29; 7:59-64; 7:66-67; FIGS. 5, 9-10 (and corresponding portions of '725 and '415 Patents).<br><br>'078 Patent at claims 1 and 4.<br><br>'725 Patent at claims 1, 2, 9, 10, 11, 15. | "a set of related software-recognizable data which results from user input into the computer via an input device" | **Intrinsic Evidence**: 078 Patent, 3:16-19; 3:29-30 (and corresponding portions of '725 and '415 Patents). |
| 6. | **signature** | "a transmission intended as a security precaution to preclude unauthorized access to a computer" | '078 Patent at 2:56-3:15; 3:65-4:3; FIGS. 1, 2; 3, 4 (and corresponding portions of '725 and '415 Patents). | "at least one transmission intended as a security precaution to preclude unauthorized access" | **Intrinsic Evidence**: 078 Patent, 2:56-63; 3:1-15; 3:65-4:5 (and corresponding portions of '725 and '415 Patents). |
| 7. | **wherein creating said signature using recorded signals from a plurality of signal types** | indefinite | 725 Patent: Claims 15-20 | Plain and ordinary meaning.<br><br>Or in the alternative: | **Intrinsic Evidence**: 078 Patent, 3:30-43; 5:1-19; 4:63-64; 5:4-19 (and corresponding portions |

2

| | | | | | |
|---|---|---|---|---|---|
| | | | | "wherein creating said [at least one transmission intended as a security precaution to preclude unauthorized access] using recorded [sets of related software-recognizable data which results from user input into the computer via an input device] from a plurality of [categories of measurable variable input associated with a signal from at least one user-selectable input device]" | of '725 and '415 Patents). |
| 8. | **wherein passively terminating said recording** | indefinite | 725 Patent, claims 10-14. | Plain and ordinary meaning.<br><br>Or in the alternative:<br><br>"wherein [stopping] said recording [without overt user action when a predetermined condition is met]" | **Intrinsic Evidence**: 078 Patent, 1:44-48; 4:40-46; 447-56 (and corresponding portions of '725 and '415 Patents). |
| 9. | **wherein recording a plurality of signal** | indefinite | 725 Patent, claim 15. | Plain and ordinary meaning. | **Intrinsic Evidence**: 078 Patent, 3:30-43; 5:1-19; 4:63-64; 5:4-19 (and |

3

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **types for at least one user-selected device** |  |  | Or in the alternative:<br><br>"wherein recording a plurality of [categories of measurable variable input associated with a signal from at least one user-selectable input device] for at least one [device selected by the user and by which the user enters input into a computer system]" | corresponding portions of '725 and '415 Patents). |
| 10. | **wherein said recording comprises a plurality of user-selected devices** | indefinite | 078 Patent, claims 1-2, 9-10. | Plain and ordinary meaning.<br><br>Or in the alternative:<br><br>"wherein said recording comprises a plurality of [devices selected by the user and by which the user enters input into a computer system]" | **Intrinsic Evidence**: 078 Patent, 1:44-48; 3:30-43; 4:47-56; 4:63-64; 5:1-19; 5:4-19 (and corresponding portions of '725 and '415 Patents). |

4