**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**Lead Consolidated Case No. 2:15-cv-01100-JRG-RSP**

MORPHO KOMODO, LLC,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.

_____/

**UNOPPOSED MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER**

    Defendants BLU Products, Inc. ("BLU"), Dell Inc., ("Dell") InfoSonics Corporation d/b/a VeryKool ("InfoSonics") and PCS Wireless, LLC ("PCS Wireless")[1] (collectively, "Defendants") hereby move the Court to amend its First Amended Docket Control Order dated December 29, 2015 [Dkt. 96] (the "Docket Control Order") to extend the deadlines to comply with P.R. 4-5(b), (c), and (d) (Responsive Claim Construction Brief, Reply Claim Construction Brief, and Joint Claim Construction Chart). All other dates in the Docket Control Order remain the same.

    This extension is sought—and good cause exists—because Defendants require additional time to prepare and complete their Responsive Claim Construction Brief. Specifically, BLU has recently engaged outside patent counsel to assist its current counsel of record as it relates to claim construction briefing, and said outside counsel requires additional time to be brought up to speed with the facts of this case. An extension would cause no apparent prejudice to any party, and all claim construction briefing will still be completed two weeks before the *Markman* hearing. To this end, Defendants' counsel contacted opposing counsel regarding the requested extension, and said requested extension is unopposed. In

---

[1] Defendant PCS Wireless, Inc. is an incorrectly named entity not affiliated with Defendant PCS Wireless, LLC.

sum, the relief requested in this motion is not for purposes of delay but to further the goals of the procedures of the Court and so that justice may be served.

For the foregoing reasons, Defendants respectfully request that the Court amend the Docket Control Order consistent with the deadlines proposed below along with such other and further relief as the Court deems just and proper.

| Current Deadline | New Deadline | Event |
| --- | --- | --- |
| November 7, 2016 | | *Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| October 19, 2016 | | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne. |
| October 5, 2016 | | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| October 3, 2016 | | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |
| September 26, 2016 | | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |

| | | |
|---|---|---|
| September 19, 2016 | | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| September 19, 2016 | | Serve Objections to Rebuttal Pretrial Disclosures |
| September 5, 2016 | | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| August 29, 2016 | | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| August 1, 2016 | | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| July 25, 2016 | | Deadline to Complete Expert Discovery |
| July 11, 2016 | | Serve Disclosures for Rebuttal Expert Witnesses |
| June 20, 2016 | | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| June 20, 2016 | | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| June 7, 2016 | | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |
| June 6, 2016 | | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| May 31, 2016 | | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |

| | | |
|---|---|---|
| May 10, 2016 | | *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne. |
| April 29, 2016 | | Deadline to Substantially Complete Document Production and Exchange Privilege Logs

Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| April 26, 2016 | April 29, 2016 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| April 19, 2016 | April 26, 2016 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| April 12, 2016 | April 19, 2016 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |

(*) indicates a deadline that cannot be changed without showing good cause.  Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

    Respectfully submitted,

    */s/ Isaac S. Lew*
    Bernard L. Egozi (Florida Bar No. 152544)
    begozi@egozilaw.com
    Isaac S. Lew (Florida Bar No. 92833)
    ilew@egozilaw.com
    EGOZI & BENNETT, P.A.
    2999 NE 191 Street, Suite 407
    Aventura, Florida 33180
    Telephone: (305) 931-3000
    Facsimile: (305) 931-9343

    **ATTORNEYS FOR DEFENDANT**
    **BLU PRODUCTS, INC.**

    By:  */s/ Robert P. Latham*
    Robert P. Latham
    Texas State Bar No. 11975500
    blatham@jw.com
    John M. Jackson
    Texas State Bar No. 24002340
    jjackson@jw.com
    JACKSON WALKER L.L.P.
    2323 Ross Ave., Suite 600

Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 – Fax

**ATTORNEYS FOR DEFENDANT
PCS WIRELESS, LLC**

By: */s/ Michael J. Newton*
Michael J. Newton (Texas Bar No. 24003844)
Brady Cox (Texas Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com
Deron R Dacus (Texas Bar No. 00790553)
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
(903) 705-1117
(903) 581-2543 Fax
ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT DELL
INC.**

By: */s/ N. Thane Bauz*
N. Thane Bauz, CA Bar No. 188439
Email: TBauz@perkinscoie.com
John D. Esterhay, CA Bar No. 282330
Email: JEsterhay@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: (858) 720-5700
Fax: (858) 720-5799

J. Thad Heartfield
Texas State Bar No. 09346800
Email: thad@heartfieldlawfirm.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone (409) 866-3318
Fax: (409) 866-5789

**ATTORNEYS FOR DEFENDANT
INFOSONICS CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail through the CM/ECF system on this 12th day of April, 2016, on all counsel of record on the service list below.

s/ Isaac S. Lew<br>Isaac S. Lew

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that I have complied with the meet-and-confer requirement in Local Rule CV-7(h) by communicating with counsel for Morpho Komodo, LLC via e-mail. Accordingly, I am authorized to declare that this motion is unopposed.

s/ Isaac S. Lew<br>Isaac S. Lew

**Service List**

**Hao Ni, Esq.**
hni@nilawfirm.com
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*