IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MORPHO KOMODO LLC**<br><br>    Plaintiff,<br>   v.<br><br>**BLU PRODUCTS INC.,** *et al.,*<br><br>    Defendants. | **Case No. 2:15-cv-01100-JRG-RSP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**DEMAND FOR JURY TRIAL** |

### PARTIES' P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Local Patent Rule 4-5(d) and the Court's Docket Control Order, Plaintiff Morpho Komodo LLC ("Plaintiff") and Defendants BLU Products, Inc., Dell Inc., InfoSonics Corporation, and PCS Wireless, LLC (collectively, "Defendants") hereby submit the Parties' Joint Claim Construction Chart, attached as Exhibit A in regards to U.S. Patent Nos. 7,725,725 (the "'725 Patent"), 8,429,415 (the "'415 Patent"), and the 7,350,078 (the "'078 Patent"), respectively.

1

DATED April 29, 2016.                    Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kgibbens@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Telephone: 972-331-4600
Fax: 972-314-0900

**ATTORNEYS FOR PLAINTIFF
MORPHO KOMODO LLC**

By: */s/ Brady Cox*
Michael J. Newton
(Texas Bar No. 24003844)
Brady Cox
(Texas Bar No. 24074084)

**ALSTON & BIRD LLP**
2828 North Harwood Street, Ste 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com

Deron R Dacus
(Texas Bar No. 00790553)

**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430

Tyler, Texas 75701
(903) 705-1117
(903) 581-2543 Fax
ddacus@dacusfirm.com

**COUNSEL FOR DEFENDANT
DELL INC.**

By: */s/ Blake Dietrich*
Robert P. Latham
Texas State Bar No. 11975500
blatham@jw.com
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Blake Dietrich
Texas State Bar No. 24087420
bdietrich@jw.com
**JACKSON WALKER L.L.P.**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 – Fax

**ATTORNEYS FOR DEFENDANT
PCS WIRELESS, LLC**

By: */s/ Thane Bauz*
N. Thane Bauz
CA Bar No. 188439
Email: tbauz@perkinscoie.com
John D. Esterhay
CA Bar No. 282330
Email: jesterhay@perkinscoie.com

**PERKINS COIE LLP**
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile: 858.720.5799

J. Thad Heartfield
Texas State Bar No. 09346800
Email: thad@heartfieldlawfirm.com

**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas 77706
Telephone (409) 866-3318
Fax: (409) 866-5789

3

**ATTORNEYS FOR DEFENDANTS**
**INFOSONICS CORPORATION AND**
**VERYKOOL USA, INC.**

By: */s/ Isaac Lew*
Bernard Egozi
Isaac Lew

**EGOZI & BENNETT PA**
2999 NE 191st Street
Suite 407
Aventura, FL 33180
305.931.3000
Fax: 305.931.9343
Email: begozi@egozilaw.com
Email: ilew@egozilaw.com

**ATTORNEYS FOR DEFENDANTS**
**BLU PRODUCTS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Hao Ni*
Hao Ni