# EXHIBIT A

## JOINT CLAIM CONSTRUCTION CHART
*Morpho Komodo LLC v. BLU Products Inc., et al.,* Case No. 2:15-cv-01100-JRG (Consolidated Lead Case)

| | DISPUTED CLAIM TERMS | | | |
|---|---|---|---|---|
| Ref. Num. | **Claim Limitation** | **Plaintiff's Construction** | **Defendants' Construction** | **Court's Construction** |
| 1. | **"computer"**<br><br>('725 Patent Claims 1, 10, 15)<br><br>('415 Patent Claims 2, 3)<br><br>('078 Patent Claims 1, 9, 16, 20, 22) | "a device having a processor, a memory, one or more devices with retention medium(s), and having the capacity to receive input from one or more input devices" | "a laptop or desktop computer" | |
| 2. | **"input device"**<br><br>('725 Patent Claims 1, 3, 10, 15, 19)<br><br>('415 Patent Claims 1, 6, 8, 9, 10, 13, 17)<br><br>('078 Patent Claims 1, 3, 9, 20, 22) | "a device by which a user enters input into a computer system" | "a device by which a user enters explicit input into a computer system" | |

1

| DISPUTED CLAIM TERMS ||||| 
|---|---|---|---|---|
| Ref. Num. | **Claim Limitation** | **Plaintiff's Construction** | **Defendants' Construction** | **Court's Construction** |
| 3. | **"user-selected device/ user-selected input device"**<br><br>*('725 Patent Claims 1, 2, 10, 15, 19)*<br><br>*('078 Patent Claims 1, 2, 9, 10, 20, 22)* | "device selected by the user by which the user enters input into a computer system" | No construction, in view of construction of "input device".<br><br>If the Court is inclined to construe the term, Defendants propose:<br><br>"an input device selected by the user" | |
| 4. | **"measurable variable input"**<br><br>*('725 Patent Claims 1, 10, 15)*<br><br>*('415 Patent Claims 13, 14, 15, 16, 17)*<br><br>*('078 Patent Claims 1, 9, 20, 22)* | "an input quantity that can vary and that must be measured, as opposed to an input that is distinctly identifiable" | "an input quantity that can gradually vary and that must be measured, as opposed to an input that is discretely identifiable" | |

| | DISPUTED CLAIM TERMS | | | |
|---|---|---|---|---|
| Ref. Num. | Claim Limitation | Plaintiff's Construction | Defendants' Construction | Court's Construction |
| 5. | **"signal"**<br><br>*('725 Patent Claims 1, 2, 3, 7, 8, 9, 10, 11, 13, 15, 16, 17, 18, 19, 20)*<br><br>*('415 Patent Claims 1, 12, 13, 14, 15)*<br><br>*('078 Patent Claims 1, 2, 3, 4, 9, 11, 12, 15, 20, 21, 22)* | "a set of related software-recognizable data which results from user input via an input device" | "a set of related software-recognizable data from a single transmission from an input device" | |
| 6. | **"signature"**<br><br>*('725 Patent Claims 1, 3, 4, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20)*<br><br>*('415 Patent Claims 1, 5, 11, 12)*<br><br>*('078 Patent Claims 1, 4, 5, 8, 9, 13, 14, 16, 20, 21, 22, 23)* | "at least one transmission intended as a security precaution to preclude unauthorized access" | "a transmission intended as a security precaution to preclude unauthorized access to a computer" | |

| DISPUTED CLAIM TERMS ||||| 
|---|---|---|---|---|
| Ref. Num. | Claim Limitation | Plaintiff's Construction | Defendants' Construction | Court's Construction |
| 7. | "wherein creating said signature using recorded signals from a plurality of signal types" <br><br> (*'725 Patent Claim 17*) | No Construction Necessary. <br><br> Or in the alternative: "wherein creating said signature based at least in part upon at least a portion of said stored recording comprises using recorded signals from a plurality of signal types" | [indefinite] | |
| 8. | "wherein passively terminative said recording" <br><br> (*'725 Patent Claim 12*) | No Construction Necessary. <br><br> Or in the alternative: "wherein terminating said recording comprises passively terminating said recording" | [indefinite] | |
| 9. | "wherein recording a plurality of signal types for at least one-user-selected device" <br><br> (*'725 Patent Claim 15*) | No Construction Necessary. <br><br> Or in the alternative: "wherein recording user input signals by type from at least one user-selected device comprises recording a plurality of signal types for at least one user-selected device." | [indefinite] | |

| DISPUTED CLAIM TERMS | | | | |
|---|---|---|---|---|
| Ref. Num. | Claim Limitation | Plaintiff's Construction | Defendants' Construction | Court's Construction |
| 10. | "wherein said recording comprises a plurality of user-selected devices"<br><br>('078 Patent Claim 10) | No Construction Necessary.<br><br>Or in the alternative:<br><br>"wherein said recording comprises signal types from a plurality of user-selected devices" | [indefinite] | |