**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MORPHO KOMODO LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:15-cv-1100-JRG-RSP
Lead Case |
| BLU PRODUCTS INC. | § § § | |
| Defendant. | § | |

## ORDER

The Court finds that all requests to file motions for summary judgment are **GRANTED**.

The parties are reminded to comply with all limitations set forth in the Local Rules.

**SIGNED this 24th day of August, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE