**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MORPHO KOMODO LLC, | § | Case No. 2:15-cv-1100-JRG-RSP |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| BLU PRODUCTS, INC. | § | |
| | § | |

**JOINT MOTION TO RESET THE TRIAL DATE AND TO ENTER**
**AMENDED DOCKET CONTROL ORDER**

Pursuant to the September 3, 2015 Scheduling Order (Dkt. No. 19) and the Amended Docket Control Order (Dkt. No. 141), Plaintiff Morpho Komodo LLC and Defendant BLU Products, Inc., (collectively, the "Parties") have met and conferred and respectfully request the Court to reset the trial date and to amend the Docket Control Order.  Currently, mediation was not able to be scheduled until October 18, 2016 beginning at 9:00 a.m. The Parties believe there is a good chance to resolve this case before trial and would like the opportunity to mediate. Due to this, the Parties respectfully request that the Court reset the trial date and enter the attached Proposed Amended Docket Control Order.

DATED August 31, 2016.                    Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool

        Texas Bar No. 24082185
        kmccool@nilawfirm.com

        **NI, WANG & MASSAND, PLLC**
        8140 Walnut Hill Ln., Ste. 500
        Dallas, TX 75231
        Tel: (972) 331-4600
        Fax: (972) 314-0900

        **ATTORNEYS FOR PLAINTIFF**
        **DISPLAY TECHNOLOGIES, LLC**


        */s/ Bernard L Egozi*
        Bernard L. Egozi
        Florida Bar No. 152544
        begozi@egozilaw.com
        Isaac S. Lew
        Florida Bar No. 92833
        ilew@egozilaw.com

        **EGOZI & BENNETT, P.A.**
        2999 NE 191 Street, Ste. 407
        Aventura, FL 33180
        Tel: (305) 931-3000
        Fax: (305) 931-9343

        **ATTORNEYS FOR DEFENDANT**
        **BLU PRODUCTS, INC.**


## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of August, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                        */s/ Hao Ni*
                        Hao Ni