# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MORPHO KOMODO LLC<br><br>      Plaintiff,<br><br>v.<br><br>BLU PRODUCTS INC., *et al.,*<br><br>      Defendants. | Case No. 2:15-cv-01100-JRG-RSP<br><br>CONSOLIDATED LEAD CASE<br><br>DEMAND FOR JURY TRIAL |

## STIPULATION OF DISMISSAL PURSUANT TO 41(A)(1)(A)(II)

Plaintiff Morpho Komodo LLC ("Plaintiff") and Defendant BLU Products Inc., ("Defendant"), by and through their undersigned counsel, and subject to the approval of the Court, hereby move for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims and counterclaims in this action between Plaintiff and Defendant are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

1

DATED October 13, 2016.              Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kmccool@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Telephone: 972-331-4600
Fax: 972-314-0900
**ATTORNEYS FOR PLAINTIFF
MORPHO KOMODO LLC**

By: */s/ Bernand L. Egozi*
Bernard L. Egozi
Florida Bar No. 152544
begozi@egozilaw.com
Isaac S. Lew
Florida Bar No. 92833
ilew@egozilaw.com
**EGOZI & BENNETT, P.A.**
2999 NE 191 Street, Ste. 407
Aventura, FL 33180
Tel: (305) 931-3000
Fax: (305) 931-9343

**ATTORNEYS FOR DEFENDANT
BLU PRODUCTS, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of October, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        */s/ Hao Ni*
                                        Hao Ni