IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MORPHO KOMODO LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLU PRODUCTS INC., *et al.,*<br><br>　　　　Defendants. | Case No. 2:15-cv-01100-JRG-RSP<br><br>CONSOLIDATED LEAD CASE |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Morpho Komodo LLC ("Plaintiff") and Defendant BLU Products Inc., ("Defendant") (collectively, the "Parties") Stipulation of Dismissal (the "Stipulation").

The Court, having considered the Parties' Stipulation, finds that the motion should be GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between the Parties are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

SIGNED this 17th day of October, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1