# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MORPHO KOMODO LLC**<br><br>     Plaintiff,<br>   v.<br><br>**BLU PRODUCTS INC.,** *et al.,*<br><br>     Defendants. | **Case No. 2:15-cv-01100-JRG-RSP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**DEMAND FOR JURY TRIAL** |

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Morpho Komodo LLC ("Plaintiff") pursuant to Fed. R. Civ. P. 41(a), hereby moves for a dismissal of all of its claims in this action without prejudice against Defendant PCS Wireless, Inc. Prior to the filing of this motion, Defendant PCS Wireless, Inc., has yet to file an answer or motion for summary judgment.

DATED November 6, 2016.  Respectfully submitted,

By: /s/ *Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kgibbens@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**MORPHO KOMODO LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Hao Ni*
Hao Ni